IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ESTATE OF CLARENCE JESS GROESBECK; SILVIA GROESBECK, Individually and as Personal Representative of the Estate of Clarence Jess Groesbeck; SKAGIT COUNTY TREASURER; C. JESS GROESBECK M.D., A.P.C., PROFIT SHARING PLAN; GROESBECK FAMILY TRUST; and GENESIS LTD., <br><br> Defendants. | Case No. 2:16-cv-01985-RAJ <br><br> **[PROPOSED] ORDER REGARDING LIEN PRIORITY** |

Pursuant to the Stipulation between the United States of America and Defendant Skagit County Treasurer, and for good cause shown, it is hereby ORDERED that:

1. Any outstanding balance on any Skagit County tax liens against the properties at issue, located at 1224 East Blackburn Road, Mt. Vernon, Washington 98274; 1418 East Blackburn Road, Mt. Vernon, Washington 98274; and 1308 East Blackburn Road, Mt. Vernon,

PROPOSED ORDER
2:16-cv-01985-RAJ

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6062

Washington 98274 (the "Subject Properties"), based on the properties' value, has priority, pursuant to 26 U.S.C. § 6323(b)(6), over the United States' federal tax liens against the Subject Properties for the 1998 through 2003 tax years;

2. The United States and the Skagit County Treasurer agree to bear their own costs and attorney fees, except the costs incurred in selling the Subject Properties, which will be reimbursed from the properties' sale proceeds prior to satisfying the outstanding liens on the properties; and

3. The Skagit County Treasurer shall not be required to appear at future hearings in this litigation and shall be treated as a non-party for all purposes, including discovery, unless the Court orders otherwise.

DATED this 23rd day of May, 2017.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6062