Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cv-01985-RAJ |
| Plaintiff, | |
| v. | **ORDER** |
| ESTATE OF CLARENCE JESS GROESBECK; SILVIA GROESBECK, Individually and as Personal Representative of the Estate of Clarence Jess Groesbeck; SKAGIT COUNTY TREASURER; C. JESS GROESBECK M.D., A.P.C., PROFIT SHARING PLAN; GROESBECK FAMILY TRUST; and GENESIS LTD., | |
| Defendants. | |

Before the Court is the United States' motion for (1) an order to appear or plead by a day certain, (2) leave to serve that order by publication, and (3) an extension of time to effect such service. For good cause shown, it is hereby ORDERED that:

1. The United States' motion is GRANTED;

1

2. The following defendants are each COMMANDED TO APPEAR OR PLEAD in this matter not later than eight weeks from the date of entry of this Order: C. Jess Groesbeck M.D., A.P.C., Profit Sharing Plan; Groesbeck Family Trust; and Genesis Ltd.;

3. Notice of this Order shall be published in an approved newspaper for Skagit County, Washington, and shall appear in that newspaper not less than once per week for a period of not less than six consecutive weeks;

4. The United States shall file with the Court a certification of publication upon completion of the requirements of paragraph 3 above; and

5. The time for service of summons is extended to permit compliance with this Order, but shall not be extended beyond ten weeks from the date of this Order's entry.

DATED this 18th day of September, 2017.

_____
The Honorable Richard A. Jones
United States District Judge