# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> v.<br><br>ESTATE OF CLARENCE JESS GROESBECK, *et al.*,<br><br>     Defendants. | CASE NO. 2:16-cv-01985-RAJ<br><br>ORDER GRANTING MOTION TO INTERVENE |

  THIS MATTER having come before the Court on the motion to Select Portfolio Servicing, Inc. ("SPS") to intervene and defend Plaintiff's Count #7, it is hereby

  ORDERED, ADJUDGED and DECREED that the motion (Dkt. #25) is GRANTED.

  DATED this 14th day of February, 2018.

*[signature]*
_____
The Honorable Richard A. Jones
United States District Judge

MOTION TO INTERVENE - 1