HONORABLE RICHARD A. JONES

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>ESTATE OF CLARENCE JESS GROESBECK;<br>et. al,<br><br>                   Defendants. | No.: 2:16-cv-01985-RAJ<br><br>ORDER GRANTING MOTION TO<br>INTERVENE |

THIS MATTER having come before the Court on the motion by Deutsche Bank National

Trust Company, As Trustee For New Century Home Equity Loan Trust, Series 2005-B, Asset

Backed Pass-Through Certificates to intervene and defend Plaintiff's Count #7, it is hereby

ORDERED, ADJUDGED and DECREED that the motion is GRANTED.

DATED this ___6th___ day of ___April___, 2018

_____
RICHARD A. JONES

PRESENTED BY:

MCCARTHY & HOLTHUS, LLP

/s/ Joseph Ward McIntosh
Joseph Ward McIntosh, WSBA #39470
Attorney for Deutsche Bank National Trust Company

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104